DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
18 DECEMBER 2014

| 373A14 | Cape Fear River Watch, et al. v. N.C. Environmental Management Commission, et al. | 1. Intervenor's Motion for Judicial Notice<br><br>2. Petitioner's Motion for Judicial Notice<br><br>3. Respondent's Motion for Extension of Time to File Response to Petitioner's Motion for Judicial Notice | 1.<br><br>2.<br><br>3. Allowed 12/02/2014<br><br><br>**Edmunds, J., recused** |
|---|---|---|---|
| 374A14 | Fisher, et al. v. Flue-Cured Tobacco Cooperative Stabilization Corporation | 1. Def's Conditional Petition for *Writ of Certiorari* to Review Order of Wake County Superior Court<br><br>2. Plt's Motion to Dismiss Appeal | 1. Dismissed as Moot<br><br><br>2. Denied |
| 380A14 | Cubbage, et al. v. The Board of Trustees of the Endowment Fund of NC State University, et al. | 1. Plt's Motion for Temporary Stay<br><br>2. Plt's Motion for Expedited Consideration of Appeal | 1. Special Order 10/24/2014<br><br>2. Special Order 10/24/2014 |
| 381P14 | State v. Coleco Tayloe Best | Def's PDR Under N.C.G.S. § 7A-31 (COA14-198) | Denied<br><br>**Hunter, J., recused** |
| 382P14 | Frizell Legett Jr.-Bey v. State | Def's *Pro Se* Motion for Avernment of Jurisdiction | Dismissed |
| 384A14 | Richardson, et al. v. The State of North Carolina, et al. | 1. Motion for Leave to Withdraw<br><br>2. Def-Intervenors' Petition for Writ of Supersedeas<br><br>3. Def-Intervenors' Motion to Expedite | 1. Allowed 12/10/2014<br><br>2. See Special Order 12/12/2014<br><br>3. Allowed, See Special Order 12/12/2014 |
| 385P14 | State v. Joseph Edward Tucker | 1. Def's *Pro Se* Petition for *Writ of Habeas Corpus*<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Denied 10/20/2014<br><br>2. Allowed 10/20/2014<br><br>3. Dismissed as Moot 10/20/2014 |